# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AMANDA CHRISTINE ERKMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16-CV-255 JAR |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

This is an action under 42 U.S.C. § 405(g) for judicial review of the Commissioner of Social Security's final decision denying Amanda Christine Erkmann's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401, et seq. On November 9, 2016, Defendant filed a motion to reverse and remand this action to the Commissioner for further consideration by an Administrative Law Judge (Doc. 26). Plaintiff does not oppose the motion (Doc. 27). Accordingly,

**IT IS HEREBY ORDERED** that this action is **REVERSED AND REMANDED** to the Commissioner for further consideration, pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

Dated this 10th day of November, 2016.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**